William Gabriel, Appellant, v. Barbara Gabriel and Others, Respondents. Mamie Mangold and Frank X. Fritz, Jr., Appellants.— Judgment affirmed, with costs to the respondents, on the opinion of Mr. Justice Crane at Special Term (Reported in 79 Misc. Rep. 346). Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Lillie P. Garth, Individually, etc., and Others, Respondents, v. William Garth Clopton and Another, Appellants, and Others, Respondents.— Appeal dismissed by default, with costs. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Everett Greene, Appellant, v. Leander B. Faber, Individually and as Receiver in Supplementary Proceedings of Patrick H. Flynn, Respondent.— Judgment affirmed, with costs, upon the authority of *Greene* v. *Faber* (158 App. Div. 149). Burr, Thomas, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

In the Matter of the Application of Eugene W. Lane, Appellant, to Review the Threatened Action of the Democratic County Committee of Suffolk County, N. Y., Respondent, Respecting the Filling of Certain Vacancies in Its Membership.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Michael Kwiesien, an Infant, by Maikr Dmytriw, His Guardian ad Litem, Respondent, v. Florian Schneider and Others, Copartners, etc., Appellants.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, for errors in charge at folios 150 to 153 of the case on appeal. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

John Muller, Respondent, v. N. T. Swezey's Sons & Co., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. James Dolan, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled, with fifty dollars costs and disbursements, and relator reinstated, upon the ground that the evidence fails to establish by a fair preponderance thereof that he was guilty of the